IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Stellar Records, LLC, a Wisconsin limited liability company,<br><br>            v.                    Plaintiff,<br><br>Ronald Strasser,<br><br>                        Defendant. | Case No. 3:18-cv-445-jdp |

### PLAINTIFF'S RULE 41, FED.R.CIV.P., VOLUNTARY DISMISSAL

THE PLAINTIFF, Stellar Records, LLC, by its attorney, Michael T. Hopkins, pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P.,voluntarily dismisses the above matter, without prejudice.

Dated this 16th day of October, 2018.

      /s/ Michael T. Hopkins   .
Michael T. Hopkins
SBN: 1014792
email: mth@ip-lit.us

IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI  53202
Tel/Fax: 888-227-1655

attorney for Plaintiff